HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
KYLA WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>KYLA WHITE,<br><br>               Defendant. | NO. 2:23-mj-00065-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE STATUS CONFERENCE AND SET FOR TRIAL<br><br>DATE:  August 28, 2023<br>TIME:  10:00 am<br>JUDGE:  JEREMY D. PETERSON |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for August 28, 2023, at 10:00 a.m. be vacated, and that a bench trial be set for **November 28, 2023 at 9:30 am.** The parties estimate one day of trial in this case.

Dated: August 25, 2023                        Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Linda C. Harter*
                                                      LINDA C. HARTER
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

```
                                        PHILLIP A. TALBERT
                                        United States Attorney


Dated: August 25, 2023                  /s/ Dhruv Sharma
                                        DHRUV SHARMA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
```

IT IS SO ORDERED.

Dated: August 28, 2023

_____
JEREMY D. PETERSON
United States Magistrate Judge