

**OFFICE OF THE FEDERAL DEFENDER**
**Eastern District of California**
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

JEROME PRICE
Chief Assistant Federal Defender

MEMORANDUM TO BE RETURNED
DIRECTLY TO OFFICE OF
THE FEDERAL DEFENDER

# EX PARTE - Memorandum

Date:       October 24, 2023

To:         Hon. Jeremy D. Peterson, United States Magistrate Judge

From:       Linda Harter, Assistant Federal Defender
            Mandi Weberg, CLS
            Kameron Rogers, CLS

Subject:    United States v. Kyla White, 2:23-mj-00065-JDP
            **Ex Parte 17(b) Subpoena Request**

---

    I hereby request authorization pursuant to Federal Rules of Criminal Procedure 17(b) for travel and payment of witness fees for a witness who will be subpoenaed to testify at Ms. White's trial on November 28, 2023. The trial is set before the Hon. Jeremy D. Peterson.

    Jamel Hines, resides at Robins Air Force Base in Georgia.  He would need compensation for air transportation to Sacramento, Lodging and per diem. Mr. Hines was present when the alleged incident occurred.

    Ms. White qualifies for appointed counsel.  Rule 17(b) of the Federal Rules of Criminal Procedure permits this request to be made ex parte.  The presence of this witness is necessary for an adequate presentation of the evidence at trial and Mr. Hines is a material witness.

    Ms. White respectfully requests that you sign the authorization and return this memorandum to counsel.  If you have any questions or need any further information, please contact me.

*/s/ Linda C. Harter*
Linda C. Harter
Assistant Federal Defender

ORDER

    Authorization for the issuance of subpoenas and payment of witness fees and travel costs for Mr. Jamel Hines, pursuant to Federal Rules of Criminal Procedure 17(b) is hereby GRANTED, and the United States Marshal Service is directed to pay travel costs including airfare, lodging and per diem for the witnesses.

IT IS SO ORDERED.

DATED: October 30, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE