PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYLA W. WHITE, <br><br> Defendant. | 2:23-mj-00065-JDP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BENCH TRIAL <br><br> CURRENT DATE: November 28, 2023 <br> TIME: 9:30 a.m. <br> JUDGE: Hon. Jeremy D. Peterson <br><br> PROPOSED DATE: March 5, 2024 <br> TIME: 9:30 a.m. <br> JUDGE: Hon. Jeremy D. Peterson |

**STIPULATION**

The United States of America and defendant, by and through their respective counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for an in-person bench trial on November 28, 2023, at 9:30 a.m.

2. The parties have discussed and seek to continue the trial date due to availability issues. Specifically, the government's witness will be travelling out-of-state for personal as well as pre-deployment training purposes. The proposed trial date accommodates the witness's availability, as well as the availabilities of the parties' counsel.

/././

/././

3. By this stipulation, the parties now jointly move to continue the in-person bench trial to March 5, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

DATED: November 14, 2023          PHILLIP A. TALBERT
                                   United States Attorney

                                   By: */s/ Dhruv M. Sharma*
                                       DHRUV M. SHARMA
                                       Assistant U.S. Attorney

DATED: November 14, 2023          HEATHER E. WILLIAMS
                                   Federal Defender

                                   By: */s/ Linda C. Harter*
                                       LINDA C. HARTER
                                       Assistant Federal Defender

### [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial scheduled in-person for November 28, 2023 is continued to March 5, 2024, at 9:30 a.m. in-person.

FOUND AND ORDERED this 14th day of November, 2023.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE