```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE JEREMY D. PETERSON
```

UNITED STATES OF AMERICA,              No. 2:23-mj-00065-JDP

      Plaintiff,

  v.                                   **MINUTES**

KYLA W. WHITE,                         Date: 3/5/2024
                                       Deputy Clerk: N. Cannarozzi
      Defendant(s).                  Court Reporter: J. Wood
_____/


**Counsel for Plaintiff/the Government**:
Dhruv Sharma, Assistant U.S. Attorney
Alstyn Bennett, Assistant U.S. Attorney.

**Counsel for Defendant(s)**:
Linda Harter, Assistant Federal Defender
Mandi Weberg, CLS
Kameron Rogers, CLS


**Interpreter**: None


**BENCH TRIAL (Day 1)**:

  9:36 a.m.    All parties present.  The court and counsel discussed preliminary matters, including various motions.  After consideration and for the reasons as stated on the record, the court DENIED the Government's motion for a finding of legislative fact [13] and Defendant's request for judicial notice [15].  The court heard arguments regarding Defendant's motions in limine [14].  After consideration, the court deferred ruling on defendant's motions in limine.  The Govt's motion to exclude all witnesses under 615 was GRANTED.  All witness excused.  The court recessed to consider defendant's motions in limine.

| | |
|---|---|
| 10:45 a.m. | The court reconvened the matter and further heard argument as to defendant's motions in limine. After consideration and for the reasons as stated on the record, the court GRANTED IN PART the motions in limine [14]. |
| 10:56 a.m. | The Government waived their opening statement. Defense counsel presented their opening statement to the court. |
| 11:02 a.m. | The Government called witness Andrew Kershen, Attorney, California State Lands Commissions. Witness sworn and testified. |
| 11:04 a.m. | The Government discussed Exhibits 4, 30, 31, 32, 33, and 34. Objections heard from defense counsel. For the reasons as stated on the record, the court admitted Exhibits 4, 30, 31, 32, and 34. Continued testimony by the witness. |
| 11:23 a.m. | No cross examination by defense counsel. Witness excused. The Government called witness Nizhony (Daw) Reaves, Senior Airman, USAF. Witness sworn and testified. |
| 11:41 a.m. | The Government moved to admit Exhibits 5 through 8. The court ordered the exhibits admitted. Continued testimony. |
| 12:02 p.m. | The Government moved to admit Exhibits 9 and 10. The court ordered the exhibits admitted. Continued testimony. |
| 12:10 p.m. | The Government moved to admit Exhibit 11. The court ordered the exhibit admitted. The court recessed for lunch, returning at 1:10 p.m. |
| 1:14 p.m. | Cross examination by defense counsel. |
| 1:30 p.m. | Defense counsel moves to admit Exhibits U (1-3). No objection by the Government. So ordered. Continued testimony. |
| 2:20 p.m. | Defense counsel moves to admit Exhibit P-7. No objection by the Government. So ordered. Continued testimony. |
| 2:34 p.m. | Defense counsel moves to admit Exhibit D. No objection by the Government. So ordered. Continued testimony. |

| | |
|---|---|
| 2:48 p.m. | Redirect by the Government. |
| 2:59 p.m. | Recross examination by defense counsel. |
| 3:05 p.m. | Witness excused.  The court stands in recess for 5 minutes. |
| 3:17 p.m. | The Government called witness Dylan Joseph, Senior Airman, USAF.  Witness sworn and testified. |
| 3:32 p.m. | Cross examination by defense counsel. |
| 3:52 p.m. | Witness excused.  The Government called witness Richard Ringenbach, Technical Sergeant, USAF.  Witness sworn and testified. |
| 4:02 p.m. | Cross examination by defense counsel. |
| 4:17 p.m. | Redirect by the Government. |
| 4:18 p.m. | Witness excused.  The Government calls witness Brandon Gomez, Technical Sergeant, USAF.  Witness sworn and testified. |
| 4:30 p.m. | The Government moved to Exhibits 20, 21 and 22 into evidence.  No objection by defense counsel.  So ordered.  Continued testimony. |
| 4:37 p.m. | Cross examination by defense counsel. |
| 4:49 p.m. | Witness excused.  The Government rests.  Defense counsel presented a Motion under Rule 29.  Arguments heard.  The court submitted the motion at this time. |
| 5:18 p.m. | Defense counsel did not present any witnesses. The Government presented their closing argument. |
| 5:32 p.m. | Defense counsel presented their closing arguments. |
| 5:58 p.m. | Rebuttal arguments presented by the Government. |
| 6:02 p.m. | After consideration and for the reasons as stated on the record, the court finds the defendant not guilty. |

6:16 p.m.     Court adjourned.

**EXHIBITS RETURNED TO THE PARTIES**: All exhibits identified and admitted during trial.

**TIME IN COURT**: 7 hours 32 minutes.

**DEFENSE WITNESSES**:

None

**GOVERNMENT WITNESSES**:

Andrew Kershen

Nizhony (Daw) Reaves

Dylan Joseph

Richard Ringenbach

Brandon Gomez